# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE VICKI PRUITT JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00454-O-BP |
| § | |
| TARRANT CO. JUNIOR COLLEGE, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The motions to dismiss (ECF Nos. 19, 27) are **GRANTED**.

2. The requests for entry of default judgment (ECF Nos. 35–36) are **DENIED**.

3. Plaintiff's claims against Defendants are **DISMISSED without prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring them.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **25th day** of **March, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**